**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ALBERT A. CHAPPELL** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Case No. RWT 09-311 |
| | * | |
| **JEFFREY I. FRIEDMAN, et al.** | * | |
| | * | |
| Defendants | * | |

## ORDER

Upon consideration of Defendant Bank of America, N.A.'s Motion to Dismiss [Paper No. 11] and the response and reply thereto, for the reasons stated in the foregoing Memorandum Opinion,  it is this 23rd day of July, 2009, by the United States District Court for the District of Maryland,

**ORDERED** that Defendant Bank of America, N.A.'s Motion to Dismiss [Paper No. 11] is **GRANTED**; and it is further

**ORDERED** that a judgment for costs shall be entered for Defendant Bank of America, N.A.

_____/s/_____
Roger W. Titus
United States District Judge